# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| MICHAEL CAMERON SIZEMORE, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Case No. 4:17-CV-161 (LAG) |
| GRAYHAWK HOMES, INC., *et al.*, | : |
| Defendants. | : |

## **ORDER**

Before the Court is the Consent Motion to Substitute Candace Mitchell, Administrator for the Estate of James Samuel Mitchell, as Real Party in Interest in Place of James Samuel Mitchell (Doc. 66.) Therein, Plaintiffs and Candace Mitchell move the Court to substitute Ms. Mitchell, as administrator of her late husband's estate, in this case as a plaintiff in place of James Samuel Mitchell, who died unexpectedly on June 28, 2019. (*Id.* at 1.) Defendants consent to the Motion. (*Id.* at 2.)

The Motion is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 25, the Court hereby **ORDERS** that Candace Mitchell, Administrator of the Estate of James Samuel Mitchell, be substituted for Plaintiff James Samuel Mitchell.

**SO ORDERED**, this 6th day of January, 2020.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**