IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MICHAEL CAMERON SIZEMORE, *et al.*, | * |
| Plaintiffs, | * |
| v. | Case No. 4:17-cv-161 (LAG) |
| | * |
| GRAYHAWK HOMES, INC., *et al.*, | |
| | * |
| Defendants. | |
| | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated May 1, 2020, approving the settlement agreement, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 1st day of May 2020.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk